# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CYR, an individual,<br>    Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, an Illinois Corporation; SUSAN STICKLER, an individual,<br>    Defendants. | No. 2:23-cv-06257-DSF-RAO<br><br>ORDER TO SHOW CAUSE RE CONSOLIDATION WITH CASE NO. 2:23-CV-06286-DSF-RAO, <u>CYR V. RELIANCE STANDARD Life Ins. Co., et al.</u> |

    Plaintiff Laura Cyr filed a lawsuit against Defendants Reliance Standard and Susan Stickler in the Superior Court of California alleging intentional infliction of emotional distress and negligence. <u>See</u> Dkt. 1. Defendants removed the case to the United States District Court for the Central District of California on August 2, 2023. <u>Id.</u> at 1. On the same day, Cyr filed an ERISA action against the same Defendants in the Central District. <u>Cyr v. Reliance Standard Life Ins. Co., et al.</u>, No. 2:23-cv-06286 (C.D. Cal. Aug. 2, 2023), Dkt. 1. Defendants moved to dismiss the present action, arguing ERISA preemption. Dkt. 12. On September 22, 2023, this Court ordered the transfer of the ERISA case as related to this action. Transfer Order, <u>Cyr v. Reliance Standard Life Ins. Co., et al.</u>, No. 2:23-cv-06286 (C.D. Cal. Aug. 22, 2023), Dkt. 16.

    "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid

unnecessary cost or delay." Fed. R. Civ. P. 42(a); see also In re Oreck Corp. Halo Vacuum & Air Purified Mktg. & Sales Pracs. Litig., 282 F.R.D. 486, 490 (C.D. Cal. 2012) ("To determine whether to consolidate, a court weighs the interest of judicial convenience against the potential for delay, confusion, and prejudice caused by consolidation" (simplified)).  The Court has broad discretion in deciding whether and to what extent to consolidate a case.  See Hall v. Hall, 138 S. Ct. 1118, 1131 (2018).  A district court may consolidate related actions on its own, without a motion from a party.  In re New York Cmty. Bancorp, Inc., Sec. Litig., 488 F. Supp. 2d 466, 475-76 (E.D.N.Y. 2006) (citing Devlin v. Transp. Commc'ns. Int'l Union, 175 F.3d 121, 130 (2d Cir. 1999).

The Court orders the parties to show cause in writing why this matter should not be consolidated with No. 2:23-cv-06286-DSF-RAO, Cyr v. Reliance Standard Life Ins. Co., et al.  The parties are ordered to file their responses to this Order by noon on Friday, September 29, 2023.

A hearing on this matter will be held on October 2, 2023 at 1:30 p.m.  Failure to respond in writing or failure to appear for the hearing may result in consolidation of the two matters.

IT IS SO ORDERED.

Date: September 25, 2023

Dale S. Fischer
United States District Judge

2